JAMES O. SEBRING, Respondent, v. FIDELITY-PHENIX FIRE INSURANCE COM-

PANY OF NEW YORK, Appellant. JAMES O. SEBRING, Respondent, v. FIREMEN'S INSURANCE COMPANY OF NEWARK, N. J., Appellant. JAMES O. SEBRING, Respondent, v. BALTIMORE-AMERICAN INSURANCE COMPANY OF NEW YORK, Appellant. JAMES O. SEBRING, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant. JAMES O. SEBRING, Respondent, v. TRAVELERS FIRE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Appeal in each case dismissed unless appellant shall file and serve printed records and printed briefs by October twentieth. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.